PER CURIAM.

Glenn R. Waite appeals from the district court's[1] adverse grant of summary judgment in his legal malpractice action. For the reasons stated in the district court's order, we affirm. *See* 8th Cir. R. 47B.

missal of his 42 U.S.C. § 1983 complaint. After careful review of the record, we agree with the district court that Clifford's complaint was frivolous. *See West v. Atkins*, 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Darrell Wayne CLIFFORD, Appellant,**

v.

**Robert D. ECOFFEY, Superintendent, United States Department of the Interior, Bureau of Indian Affairs, Pine Ridge Indian Agency, Pine Ridge, South Dakota, Appellee.**

No. 00–2055.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 12, 2001.

Decided Feb. 14, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

South Dakota inmate Darrell Clifford appeals from the district court's[1] 28 U.S.C. § 1915e(2)(B)(i) pre-service dis-

**UNITED STATES of America, Appellee,**

v.

**James L. FLIPPEN, Appellant.**

No. 00–1091.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 13, 2001.

Filed Feb. 16, 2001.

Before WOLLMAN, Chief Judge, BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

James L. Flippen pled guilty to being a felon in possession of a firearm, an offense established by 18 U.S.C. § 922(g)(1) (1994). As provided for in his plea agreement, he appeals the denial of his motion

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

1. The HONORABLE RICHARD H. BATTEY, United States District Judge for the District of South Dakota.